# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TERRELL CLINE and EDWARD JEPSON, on behalf of themselves and all others similarly situated, | § § § § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil No. 3:22-CV-1711-K |
| v. | § | |
| | § | |
| INLINE NETWORK INTEGRATION, LLC, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Terrell Cline and Edward Jepson, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismiss this action against Defendant Inline Network Integration, LLC without prejudice.

Dated:  April 19, 2023

Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com

Joe Kendall
**KENDALL LAW GROUP PLLC**
3811 Turtle Creek Boulevard, Suite 1450
Dallas, Texas 75219
Telephone: 214-744-3000
Facsimile: 214-744-3015
jkendall@kendalllawgroup.com

Raina C. Borrelli (admitted *pro hac vice*)
TURKE & STRAUSS LLP
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Tel: 608-237-1775/Fax: 608-509-4423
raina@turkestrauss.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 19, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/ s/ Gary M. Klinger
Gary M. Klinger